# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LEOPOLDO GUTIERREZ, JR.,<br>Defendant. | Case No. 2:10-CR-00136-FMO<br><br>**ORDER OF DETENTION AFTER HEARING**<br>[F.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this district pursuant to a no bail warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on a lack of bail resources, lack of stable residence or employment, refusal to interview with Pretrial Services, and the prior revocation of his supervised release;

and

B. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the allegations in the present charging document and his history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: August 18, 2015.

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE