1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | NO. 2:10-CR-00136-FMO |
| 12 | Plaintiff, ) ) | |
| 13 | v. ) ) | ORDER OF DETENTION AFTER HEARING |
| 14 | LEOPOLDO GUTIERREZ, JR., ) ) | |
| 15 | Defendant. ) ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| 16 | ) | |

17

18    The defendant having been arrested in this district pursuant to a warrant issued by the
19 United States District Court for the Central District of California for alleged violation of the
20 terms and conditions of his probation; and
21    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal
22 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23    The Court finds that:
24 \\
25 \\
26 \\
27 \\
28

1

A.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his prior violation of probation conditions; his failure to proffer any evidence to meet his burden on this issue; defendant submitted on the issue of detention; and the nature of the current allegations.

And

B.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the active restraining orders against defendant and defendant's submission on the issue of detention.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: May 24, 2016

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE